Whiton & Beckmire, for appellant; L. Edward Beckmire, of counsel; Harold R. Nettles, and Philip L. Keister, for appellee; Philip L. Keister, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed December 19, 1953; released for publication January 4, 1954.

Oscar A. Kimes, Administrator of Estate of Ralph Kimes, Deceased, Plaintiff-Appellant, v. Glenn Burkhart, Defendant-Appellee.

Gen. No. 10,690. (Abstract of Decision.)

Carlos O. Davies, Kevin D. Kelly, and McNeilly & Ryan, for appellant; Pool & Langer, for appellee. Opinion *Per Curiam*. Not to be published in full. Opinion filed December 19, 1953; released for publication January 4, 1954.